JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANDRE DWAYNE STALLWORTH,<br>　　　　Petitioner,<br>　　v.<br>SUPERIOR COURT OF LOS ANGELES CO,<br>　　　　Respondent. | Case No. LA CV 16-0849 RGK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

DATED: 2/16/16

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE